UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PAUL SCHOWACHERT,<br><br>    Plaintiff,<br><br>    v.<br><br>BILL POLLEY,<br><br>    Defendant. | No. 1:24-cv-00713-KES-CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DISMISSING ACTION AS DUPLICATIVE AND TIME-BARRED<br><br>(Docs. 7, 8, 9, 11, 13) |

Plaintiff John Paul Schowachert is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 16, 2024, the assigned magistrate judge issued findings and recommendations recommending that (1) this action be dismissed with prejudice as duplicative and time-barred, and (2) that plaintiff's three pending motions for appointment of counsel (Docs. 7–9) be denied as moot.  (Doc. 11.)  The findings and recommendations were served on plaintiff and contained notice that objections were to be filed within 14 days.  (*Id*. at 7.)  Plaintiff did not file objections and the time to do so has passed.  On November 27, 2024, plaintiff filed a pleading titled "motion to submit evidence of civil rights violation premeditation" which seeks to introduce an attached "statement on [plaintiff's] medical files into records." (Doc. 13.)

///

1

In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes that the magistrate judge's findings and recommendations are supported by the record and proper analysis. Because this action is time-barred, the Court declines to address plaintiff's motion filed on November 27, 2024, which is denied as moot.

Accordingly:

1. The findings and recommendations issued on October 16, 2024, (Doc. 11), are adopted in full;
2. This action is dismissed, with prejudice, as duplicative and time-barred;
3. Plaintiff's motions for appointment of counsel (Docs. 7, 8, and 9), and plaintiff's pleading titled "motion to submit evidence of civil rights violation premeditation" (Doc. 13), are denied as moot; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   December 19, 2024

_____
UNITED STATES DISTRICT JUDGE